STATE v. PETERSON

No. 52 PC.

Case below: 35 N.C. App. 155.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.

STATE v. PURCELL

No. 19 PC.

Case below: 30 N.C. App. 258.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 March 1978.

STATE v. ROSS

No. 82.

Case below: 35 N.C. App. 98.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 7 March 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 7 March 1978.

STATE v. SUMRELL

No. 29 PC.

Case below: 34 N.C. App. 502.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.

STATE v. THOMAS

No. 25 PC.

Case below: 34 N.C. App. 534.

Petition by defendant for discretionary review under G.S. 7A-31 denied 7 March 1978.